UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY BEALS,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>　　　　　　Defendant. | No. 2:16-cv-0008 CKD<br><br><br>ORDER TO SHOW CAUSE |

　　　　By order filed January 4, 2015, plaintiff was directed to complete service of process within 21 days and to file a certificate within ten days of service of process reflecting such service. No proof of service has been filed. More than four months have passed and no answer has been filed nor is there any evidence that plaintiff has taken the proper steps to ensure service of summons.

　　　　Accordingly, IT IS HEREBY ORDERED that plaintiff shall within fourteen days from the date of this order show cause why this action should not be dismissed for lack of prosecution.

Dated: May 10, 2016

　　　　　　　　　　　　　　　　　　　　　／s／ Carolyn K. Delaney
　　　　　　　　　　　　　　　　　　　　　CAROLYN K. DELANEY
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

4beals0008.usm.osc

1