UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TIMOTHY BEALS,

         Plaintiff,

   v.

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

         Defendant.

No. 2:16-cv-0008 CKD

ORDER

     Plaintiff has demonstrated that appropriate steps have been taken to ensure service of summons.

     Accordingly, IT IS HEREBY ORDERED that the show cause order (ECF No. 7) is discharged.

Dated: May 17, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 beals0008.osc.dis

1