Jared T. Walker (SB#269029)
2020 Capitol Avenue
Suite 7
Sacramento, CA 95811
T: (916) 476-5044
F: (916) 476-5064
jared@saclawoffices.com

Attorney for Plaintiff,
TIMOTHY L. BEALS

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| TIMOTHY L. BEALS, | Case No.: 2:16-cv-00008-CKD |
|---|---|
| Plaintiff, | |
| v. | STIPULATION FOR FIRST 30 DAY EXTENSION FOR PLAINTIFF TO FILE OPENING BRIEF |
| CAROLYN W. COLVIN, Commissioner of Social Security, | |
| Defendant. | |

IT IS STIPULATED, by and between the parties, through their respective counsel of record, that the time for Plaintiff to file his Motion for Summary Judgment/Remand be extended thirty (30) days until August 18, 2016. This is Plaintiff's first request for an extension of time. Despite due diligence, Plaintiff's counsel has been unable to prepare Plaintiff's opening brief in accordance with the current scheduling order due to counsel's current workload which has involved conflicting deadlines in unrelated matters.

///
///
///
///
///
///
///

1 | Dated: July 15, 2016                          Respectfully submitted,

2 |                                               /s/ *Jared T. Walker*
                                                  Jared T. Walker,
3 |                                               Attorney for Plaintiff

4 | SO STIPULATED:

5 |                                               PHILLIP A. TALBERT
                                                  United States Attorney
6 |

7 | Dated: July 15, 2016          By:    /s/ *Ellinor R. Coder**
                                         (*authorized by e-mail on 7/15/2016*)
8 |                                      Ellinor R. Coder
                                         Special Assistant United States Attorney
9 |                                      Attorneys for Defendant

10 |

11 |                                      ORDER

12 |

13 | APPROVED AND SO ORDERED:

14 |

15 | Dated:  July 21, 2016

                                         _____
16 |                                      CAROLYN K. DELANEY
                                          UNITED STATES MAGISTRATE JUDGE

STIPULATION FOR EXTENSION OF TIME FOR PLAINTIFF TO FILE OPENING BRIEF