1  Jared T. Walker (SB#269029)
2  2020 Capitol Avenue
   Suite 7
3  Sacramento, CA 95811
   T: (916) 476-5044
   F: (916) 476-5064
4  jared@saclawoffices.com

5  Attorney for Plaintiff,
   TIMOTHY L. BEALS
6

7              IN THE UNITED STATES DISTRICT COURT

8                 EASTERN DISTRICT OF CALIFORNIA

9  TIMOTHY L. BEALS,                    Case No.: 2:16-cv-00008-CKD

10        Plaintiff,

11        v.                            JOINT STIPULATION AND ~~PROPOSED~~
                                        ORDER TO AMEND SCHEDULING
12 CAROLYN W. COLVIN,                   ORDER
   Commissioner of Social Security,
13
          Defendant.
14

15

16        Plaintiff Timothy L. Beals and defendant Commissioner of Social Security, through their

17 counsels of record, jointly request to amend the Court's Scheduling Order in this action as follows.

18        IT IS STIPULATED, that the time for Plaintiff to file his Motion for Summary

19 Judgment/Remand be extended fourteen (14) days until September 1, 2016.  This will be the final

20 extension of time Plaintiff may request.  Plaintiff's counsel needs additional time to prepare

21 Plaintiff's opening brief due to conflicts arising from counsel's current workload, which is

22 complicated based on counsel's current position as a solo practitioner without another attorney to

23 delegate tasks to, as well as the length of the administrative record in this matter which exceeds 1700

24 pages.  Counsel regrets making this second request and apologizes to the Court and the parties for

25 any inconvenience.

26        It is further stipulated that Defendant's deadline to respond to Plaintiff's Motion for

27 Summary Judgment be extended through October 17, 2016.  Defendant's counsel will require this

28 requested extension due to pre-existing court deadlines in other matters which conflict with the new

briefing schedule Plaintiff requests.

Dated: August 16, 2016                                Respectfully submitted,

                                                            /s/ *Jared T. Walker*
                                                            Jared T. Walker,
                                                            Attorney for Plaintiff

SO STIPULATED:

                                                            PHILLIP A. TALBERT
                                                           United States Attorney

Dated: August 16, 2016           By:    /s/ *Ellinor R. Coder**
                                                           (**authorized by e-mail on 8/16/2016*)
                                                           Ellinor R. Coder
                                                           Special Assistant United States Attorney
                                                           Attorneys for Defendant

## ORDER

      Based on the stipulation of the parties, it is ORDERED, that the deadline for Plaintiff to file his motion for summary judgment in this action is extended through September 1, 2016. No additional extensions of time will be granted to Plaintiff. It is further ORDERED that Defendant's deadline to respond to Plaintiff's motion for summary judgment is extended through October 17, 2016. All other aspects of the Scheduling Order previously issued in this action remain unchanged.

Dated: August 18, 2016

                                                            CAROLYN K. DELANEY
                                                           UNITED STATES MAGISTRATE JUDGE