PHILLIP A. TALBERT
Acting United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
ELLINOR R. CODER, CSBN 258258
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (415) 977-8955
Facsimile: (415) 744-0134
E-Mail: Ellinor.Coder@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| TIMOTHY L. BEALS,<br><br>　　　　Plaintiff,<br><br>　　vs.<br>CAROLYN COLVIN,<br>Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case No.: 2:16-cv-00008-CKD<br><br>ORDER |

Having reviewed the Stipulation of the parties and finding good cause, the Court hereby APPROVES and ADOPTS the parties' Joint Stipulation to Extend Briefing Schedule as follows:

1.　The deadline for Defendant to file her response to Plaintiff's Motion for Summary Judgments is extended thirty (30) days to November 16, 2016.

2.　All other deadlines in the Court's Scheduling Order (Dkt. 3) remain the same.

Dated: October 18, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

Stip. and [Proposed] Order to Extend Briefing Sch.; 2:15-cv-00008-CKD

1